Michael T. Hertz, #97617
Christian D. Jinkerson, #232143
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

G:\docs\GLucas\Orders To Be Signed\07cv1011.consol

Attorneys for Appellant, DENNIS BALAKIAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SETO BALAKIAN,<br><br>               Debtor<br><br>DENNIS BALAKIAN,<br><br>               Appellant,<br><br> v.<br><br>DANIEL BALAKIAN,<br><br>               Appellee. | **No. 07-CV-01011-OWW**<br>Bankruptcy Court Case No. No. 88-14300-A11<br>Bankruptcy Court Adv. Pro. No. 00-1166<br><br><br>[NO HEARING REQUIRED]<br><br>**ORDER CONSOLIDATING CASES ON APPEAL** |

    Appellant DENNIS BALAKIAN, by and through his counsel of record, and the Appellee heirs of SETO BALAKIAN, by and between their counsel of record, have stipulated and jointly moved the Court to consolidate the appeal in Case No. 07-CV-01012-AWI with and into the appeal in this case. Having considered the foregoing stipulation to consolidate the cases, and in the interest of judicial economy and to avoid inconsistent results,

    IT IS SO ORDERED. Case No. 07-CV-01012-AWI shall be consolidated with and into Case No. 07-CV-01011-OWW.

Dated: _8/1/2007_____                                    ___/s/ Oliver W. Wanger_____
                                                                                 United States District Judge