Michael T. Hertz, #97617
Christian D. Jinkerson, #232143
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
G:\docs\GLucas\Orders To Be Signed\07cv1011.ext.ddl.brief.wpd

Attorneys for Appellant, DENNIS BALAKIAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | **No. 07-CV-01011-OWW** |
| SETO BALAKIAN, | Bankruptcy Court Case No. No. 88-14300-A11 |
| Debtor | Bankruptcy Court Adv. Pro. No. 00-1166 |
| DENNIS BALAKIAN, | |
| Appellant, | [NO HEARING REQUIRED] |
| v. | **ORDER EXTENDING DEADLINE TO FILE OPENING BRIEF AND EXCERPTS OF RECORD** |
| DANIEL BALAKIAN, | |
| Appellee. | |

Appellant DENNIS BALAKIAN, by and through his counsel of record, and the Appellee heirs of  SETO BALAKIAN, by and between their counsel of record, have stipulated and jointly moved the Court to extend the deadline to file Appellant's opening brief until September 20, 2007. Having considered the foregoing stipulation to extend the deadline to file the opening brief and excerpts of record until September 20, 2007, and good cause appearing therefore,

IT IS SO ORDERED.   The other deadlines set forth in the Court's prior order shall be similarly extended.

Dated: _8/1/2007__                              _/s/ Oliver W. Wanger_____
                                                        United States District Judge