Michael T. Hertz, #97617
Christian D. Jinkerson, #232143
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
K:\OWW\Stipulations\07cv1011.stip.extend.wpd

Attorneys for Appellant, DENNIS BALAKIAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SETO BALAKIAN,<br><br>                    Debtor<br><br>DENNIS BALAKIAN,<br><br>                    Appellant,<br><br>   v.<br><br>DANIEL BALAKIAN,<br><br>                    Appellee. | **No. 07-CV-01011-OWW**<br>Bankruptcy Court Case No. No. 88-14300-A11<br>Bankruptcy Court Adv. Pro. Nos. 00-1166 and 00-1167<br><br>[NO HEARING REQUIRED]<br><br>**ORDER EXTENDING DEADLINE TO FILE OPENING BRIEF AND EXCERPTS OF RECORD** |

Appellant DENNIS BALAKIAN, by and through his counsel of record, and the Appellee heirs of SETO BALAKIAN, by and between their counsel of record, have stipulated to extend the deadline to file Appellant's opening brief until December 10, 2007. Having considered the foregoing stipulation to extend the deadline to file the opening brief and excerpts of record until December 10, 2007, and good cause appearing therefore,

The other deadlines set forth in the Court's prior Scheduling Order shall be similarly extended.

IT IS SO ORDERED.

**Dated:   October 12, 2007**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE