Michael T. Hertz, #97617
Victoria J. Salisch, #50587
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
K:\OWW\Stipulations\07cv1011.stip.cont.wpd

Attorneys for Appellant, DENNIS BALAKIAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | **No. 07-CV-01011-OWW** |
| SETO BALAKIAN, | Bankruptcy Court Case No. No. 88-14300-A11 |
| Debtor | Bankruptcy Court Adv. Pro. Nos. 00-1166 and 00-1167 |
| DENNIS BALAKIAN, | |
| Appellant, | (Consolidated with Case No. 07-CV-01012-AWI) |
| v. | [NO HEARING REQUIRED] |
| DANIEL BALAKIAN, | **ORDER EXTENDING DEADLINE TO FILE APPELLEES' OPENING BRIEF AND EXCERPTS OF RECORD** |
| Appellee. | |

Appellant DENNIS BALAKIAN, by and through his counsel of record, and the Appellees heirs of SETO BALAKIAN, and DANIEL BALAKIAN by and between their counsel of record, have stipulated to extend the deadline to file Appellee's opening brief until February 8, 2008, with any responding brief by Appellant to be filed by February 25, 2008.

Having considered the foregoing stipulation to extend the deadline to file Appellee's opening brief and excerpts of record and for Appellant to file any responding brief, and good cause appearing therefore,

/ / / / /

---

ORDER TO EXTEND DEADLINE TO FILE                    -1-
APPELLEE'S OPENING BRIEF

1    IT IS SO ORDERED.   The other deadlines set forth in the Court's prior Scheduling Order

2  shall be similarly extended.

3

4

   IT IS SO ORDERED.

5

6  **Dated:    December 20, 2007            /s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO EXTEND DEADLINE TO FILE            -2-
APPELLEE'S OPENING BRIEF