IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS BALAKIAN, | ) | No. CV-F-07-1011 OWW |
| | ) | |
| | ) | ORDER CONTINUING HEARING ON |
| | ) | APPELLEE'S MOTION TO DISMISS |
| Appellant, | ) | APPEAL FROM JANUARY 28, 2008 |
| | ) | TO MONDAY, MARCH 10, 2008 AT |
| vs. | ) | 10:00 A.M. AND REQUIRING |
| | ) | SUPPLEMENTAL BRIEFING |
| | ) | |
| DANIEL BALAKIAN, | ) | |
| | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |
| | ) | |

    Appellee moves for partial dismissal to the extent Appellant appeals the Order of the United States Bankruptcy Court relative to the disqualification of the Walter Law Group and Fishman, Larsen, Goldring & Zeitler.  Appellee's motion for partial dismissal of the appeal is noticed for hearing on January 28, 2008.

    In Appellee's reply brief, Appellee concedes that the appeal of the disqualification Order was timely and that dismissal on that ground is improper.  Appellee argues for the first time in his reply brief that the appeal of the disqualification Order be

1 dismissed for failure to prosecute.  Appellee notes that,
2 pursuant to the Stipulation and Order filed on October 15, 2007,
3 Appellant's opening brief was due on December 10, 2007.
4 Appellant's opening brief does address the disqualification
5 Order.  Appellee contends that Appellant has abandoned the issue
6 and that the appeal of the disqualification Order should be
7 dismissed for failure to prosecute.
8     Because this issue was raised in the reply brief, the
9 hearing on Appellee's motion to dismiss the appeal is continued
10 from January 28, 2008 to Monday, March 10, 2008 at 10:00 a.m.
11 Appellant shall file his opposition on or before Monday, February
12 25, 2008.  Appellee's reply shall be filed on or before Monday,
13 March 3, 2008.
14     IT IS SO ORDERED.
15 **Dated:   January 17, 2008**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE