IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BALAKIAN,<br><br>          Plaintiff/<br>          Appellant,<br><br>     vs.<br><br>DANIEL BALAKIAN, et al.,<br><br>          Defendants/<br>          Appellees. | No. CV-F-07-1011 OWW<br><br>MEMORANDUM DECISION DENYING APPELLEES' MOTION TO DISMISS APPEAL (Doc. 31) AND GRANTING APPELLANT'S MOTION TO PERMIT INTERLOCUTORY APPEAL (Doc. 45) |

   Pursuant to the agreement of the parties at the hearing on March 10, 2008, Appellees' motion to dismiss the appeal is DENIED and Appellant's motion to permit interlocutory appeal is GRANTED.

   IT IS SO ORDERED.

Dated:   March 11, 2008                    /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE